**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCHYERLE BEAL and KENNY BEAL,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, AND DOES 1 TO 5, INCLUSIVE<br><br>Defendant. | Case No. 2:21-cv-00635-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY PARTIAL DISMISSAL AND TO EXTEND TIME FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION TO ANSWER REMAINING CLAIMS**<br><br>Complaint filed:     April 8, 2021 |

The Parties' Stipulation of Voluntary Partial Dismissal and to Extend Time for Defendant Boston Scientific Corporation to Answer Remaining Claims was filed on June 17, 2021, in Courtroom 7 of the above-entitled Court, the Honorable Morrison C. England, Jr. presiding.

Having all the evidence submitted with the stipulation, the arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that:

1.     Plaintiffs' entire Third Cause of Action, for Breach of Express Warranty, is dismissed <u>with</u> prejudice;

2.     Plaintiffs' claims for punitive or exemplary damages are dismissed <u>with</u> prejudice; and

- 1 -

ORDER GRANTING STIPULATION OF VOLUNTARY PARTIAL DISMISSAL
AND TO EXTEND TIME FOR DEFENDANT TO ANSWER REMAINING CLAIMS
CASE NO. 2:21-CV-00635-MCE-DB

3. Defendant Boston Scientific Corporation's deadline to respond to the remaining claims in the Amended Complaint is extended by fourteen (14) days, from June 17, 2021 to **July 2, 2021**.

**IT IS SO ORDERED.**

**Dated: June 24, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE