# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHYERLE BEAL and KENNY BEAL,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, AND DOES 1 TO 5, INCLUSIVE<br><br>Defendant. | Case No. 2:21-cv-00635-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:    April 8, 2021 |

1  Having considered Plaintiff Schyerle Beal and Defendant Boston Scientific Corporation's Joint Stipulation of Dismissal with Prejudice, the Court hereby **ORDERS** as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned case is hereby DISMISSED in its entirety with prejudice.  Each party shall bear their own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  December 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE